UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DOMINGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:23-cv-01785-GSA<br><br>**ORDER TERMINATING FILINGS AS MOOT AND DIRECTING ISSUANCE OF NEW CASE DOCUMENTS**<br><br>**(Docs. 2, 4)** |

Plaintiff having paid the filing fee, it is **ORDERED** that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is **TERMINATED as moot.**

2. The findings and recommendations to deny the *IFP* application (Doc. 4), are **TERMINATED as moot.**

3. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

　　Dated:   **April 26, 2024**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE