1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JENNIFER DOMINGUEZ, | CASE NO.: 1:23-cv-1785-KES-GSA |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING BRIEFING DEADLINES** |
| Commissioner of Social Security, | |
| Defendant. | |

As stipulated, Plaintiff's MSJ deadline is **extended** to and including August 28, 2024.

IT IS SO ORDERED.

Dated:   **July 19, 2024**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE