UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:23-cv-1785-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including October 28, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **September 25, 2024**                     **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE