UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DOMINGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO: 1:23-cv-01785-KES-GSA<br><br>**ORDER OF REMAND AND**<br>**DIRECTING ENTRY OF JUDGMENT** |

This case is remanded to the Commissioner for further proceedings under 42 U.S.C. 405(g) sentence four pursuant to the terms of the Stipulation dated October 1, 2024, Doc. 20.

Document No. 16 is terminated as moot.

Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated:   **October 2, 2024**         /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE